**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

RANDALL LAMONT ROLLE,

        Plaintiff,

vs.                                                Case No. 5:15-cv-271-Oc-34PRL

PHILIP WAYNE EDWARDS, et al.,

        Defendants.

_____/

**ORDER**

**THIS CAUSE** is before the Court on the Report and Recommendation (Doc. No. 4; Report), entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on July 1, 2015. In the Report, Judge Lammens recommends that Plaintiff's construed motion to proceed in forma pauperis (Doc. No. 2) be denied and that Plaintiff's Complaint (Doc. No. 1) be dismissed. See Report at 4. On July 9, 2015, Plaintiff filed objections to the Report. See Plaintiff's Objections to the Report and Recommendation (Doc. No. 5; Objections).

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings. See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th

Cir. 1994); United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in Judge Lammens' Report, the Court will overrule the Objections, and accept and adopt the legal and factual conclusions recommended by the Magistrate Judge. Accordingly, it is hereby

**ORDERED:**

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 5) are **OVERRULED**.

2. The Magistrate Judge's Report and Recommendation (Doc. No. 4) is **ADOPTED** as the opinion of this Court.

3. Plaintiff's construed motion to proceed in forma pauperis (Doc. No. 2) is **DENIED**.

4. Plaintiff's Complaint (Doc. No. 1) is **DISMISSED** as frivolous.

5. The Clerk of the Court is **DIRECTED** to terminate all deadlines and motions as moot and close the case.

**DONE AND ORDERED** in Chambers, this 22nd day of July, 2015.

MARCIA MORALES HOWARD
United States District Judge

i31

Copies to:

The Honorable Philip R. Lammens
United States Magistrate Judge

Counsel of Record

Pro Se Party